# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557−5600
Fax: (619) 702−9900

John Morrill,
Clerk of Court

October 2, 2026

Clerk, U.S. District Court
District of Eastern District of Virginia

Re: Kshitij Vadake v. SoFi Bank, N.A., Case No. 3:26−cv−05623−CAB−AHG

Dear Sir or Madam:

Pursuant to Order, the above−entitled action is transferred to your District.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ A. Hazard, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_________________
AND ASSIGNED CASE NUMBER_________________

CLERK, U.S. DISTRICT COURT

By:__________________________________, Deputy