CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:26−cv−05623−CAB−AHG

Vadake v. SoFi Bank, N.A.
Assigned to: Judge Cathy Ann Bencivengo
Referred to: Magistrate Judge Allison H. Goddard
Cause: 15:1691 Equal Credit Opportunity Act

Date Filed: 09/30/2026
Date Terminated: 10/02/2026
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

Early Neutral Evaluation Conference:
Case Management Conference:
Status Hearing:
Status Conference:
Mandatory Settlement Conference:

Settlement Conference:
Settlement Disposition Conference:
Pretrial Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**Kshitij Vadake**
*individually, and on behalf of all others similarly situated*

represented by **Alexander James Adducci Taylor**
RD Law Group, LLP
707 Wilshire Boulevard
53rd Floor
Los Angeles, CA 90017
424−535−1500
Fax: 424−535−1500
Email: ataylor@rdlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SoFi Bank, N.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2026 | 1 | COMPLAINT with Jury Demand against SoFi Bank, N.A. ( Filing fee $ 405 receipt number ACASDC−21703347.), filed by Kshitij Vadake. (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:26−cv−5623−CAB−AHG. Judge Cathy Ann Bencivengo and Magistrate Judge Allison H. Goddard are assigned to the case. (Taylor, Alexander)(anh) (Entered: 10/01/2026) |
| 10/01/2026 | 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (anh) (Entered: 10/01/2026) |
| 10/02/2026 | 3 | Case transferred to District of Eastern District of Virginia. Files transferred electronically to: *District of Eastern District of Virginia*.. Signed by Judge Cathy Ann Bencivengo on 10/2/2026. (Attachments: # 1 Order to Transfer) (anh) (Entered: 10/02/2026) |