# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

LAURA G. GRIFFIN
CLERK OF COURT

M. HANNAH LAUCK
CHIEF JUDGE

October 6, 2026

Mr. Alexander James Adducci Taylor
RD Law Group LLP
707 Wilshire Blvd, 53rd Floor
Los Angeles, CA 90017

RE: Vadake v. SoFi Bank, N.A.
3:26cv1050-REP

Dear Mr. Taylor:

This office is in receipt of the above-styled matter which was transferred to this Court. The new civil case number is listed above.

Our records indicate that you have not been admitted to the U.S. District Court for the Eastern District of Virginia. Enclosed is a copy of our Local Rule 83.1 which indicates that local counsel must be obtained in our court. If you have questions regarding this matter, please contact our office at (804) 916-2200.

Sincerely,
LAURA G. GRIFFIN, CLERK

By:__________________________
Deputy Clerk

Enclosure

cc: case file